**William P. YOUNG, Plaintiff–Appellee,**

v.

**LUMENIS, INC., Defendant–Appellant.**

**No. 04–1242.**

United States Court of Appeals, Federal Circuit.

DECIDED: June 9, 2004.

Stephen N. Weiss, Principal Attorney, Moses & Singer, New York, NY, for Defendant–Appellant.

Jason H. Foster, Principal Attorney, Kremblas, Foster, Reynoldsburg, OH, for Plaintiff–Appellee.

## ON MOTION

### ORDER

Upon consideration of the unopposed motion of Lumenis, Inc. to voluntarily dismiss its appeal from the United States District Court for the Southern District of Ohio, case no. 03–655,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.